UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| PARAGON STEEL ENTERPRISES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:11-CV-373 |
| | ) |
| INFODATA CORPORATION and | ) |
| VERTICENT, INC., | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

This case was removed to this Court from the DeKalb Superior Court by Defendant InfoData Corporation based on diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). (Docket # 2.) The Notice of Removal alleges that Defendant Verticent, Inc. ("Verticent") converted into Verticent LLC on May 13, 2011, and that "Verticent LLC is a Massachusetts corporation that conducts business in the State of Indiana" with its principal place of business located at 400 North Ashley Street, # 2200, Tampa, Florida 01701. (Notice of Removal ¶ 3.)

Defendant InfoData Corporation's Notice of Removal, however, is inadequate as to Defendant Verticent's citizenship because the citizenship of a limited liability company, which InfoData Corporation alleges Verticent has converted into, "for purposes of . . . diversity jurisdiction is the citizenship of its members." *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998). Therefore, the Court must be advised of all the members of Verticent and their citizenship to ensure that none of its members share a common citizenship with Plaintiff. *Hicklin Eng'g, L.C. v. Bartell*, 439 F.3d 346, 347 (7th Cir. 2006). Moreover, citizenship must be "traced through multiple levels" for those members of Verticent who are a partnership or a limited liability company, as anything less can result in a dismissal or remand for want of

jurisdiction. *Mut. Assignment & Indem. Co. v. Lind-Waldock & Co., LLC*, 364 F.3d 858, 861 (7th Cir. 2004).

Therefore, Defendant InfoData Corporation is ORDERED to file an amended Notice of Removal on or before November 15, 2011, properly reciting all of the members of Defendant Verticent and their citizenship.

SO ORDERED.

Enter for this 1st day of November, 2011.

/S/ Roger B. Cosbey  
Roger B. Cosbey,  
United States Magistrate Judge